# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **YVETTE KELLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:03CV347 |
| vs. | ) | |
| | ) | **SCHEDULING ORDER** |
| **ROGERS LTD.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Judge Smith Camp's order denying the parties' Joint Motion to Approve Settlement provides:

> 2. Each and all of the Plaintiffs shall be sent notice of the proposed settlement and informed of their right to submit written objection to the proposed settlement agreement on or before a specific date at least two weeks after the notice of the proposed settlement is sent to them[.]

**IT IS ORDERED** that the parties shall electronically file a joint status report on or before **June 10, 2005**, regarding their progress in complying with this provision. The report shall include information about the date the required notices were sent and to whom notices were sent.

**DATED May 10, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**