IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YVETTE KELLEY, on behalf of herself and other past and present employees similarly situated, | ) ) ) ) | CASE NO. 8:03CV347 |
| Plaintiff, | ) ) | ORDER APPROVING SETTLEMENT AGREEMENT |
| vs. | ) ) | |
| ROGERS, LTD., | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' renewed motion for approval of the settlement agreement that is contained in the Joint Status Report. (Filing No. 57). In support of their renewed motion, the named Plaintiff has offered the affidavit of attorney Daniel Welch. Mr. Welch has explains the basis for the settlement and the process, including notice of and opportunity to object to the settlement, that has been extended to all Class Claimants. (Filing No. 57, Ex. A, Affidavit of Daniel J. Welch). The representations made in the joint status report together with the Welch affidavit and its attachments provide the necessary assurances that the settlement is fair and reasonable, and that each one and all the Claimants have agreed to the terms of the settlement.

Accordingly,

IT IS ORDERED:

1. The renewed joint motion to approve the settlement agreement (Filing No. 57, and referencing Filing No. 54) is granted; and

2. The settlement agreement (Filing No. 54, Ex. A) is approved, with one modification: the claimant identified in the Settlement Agreement as "Michelle Gerich" shall be changed to "Michele L. Gerrick" to avoid confusion in the future. The modification shall be made by counsel to the original document by interlineation, if necessary.

DATED this 3rd day of June, 2005.

                                        BY THE COURT

                                        s/Laurie Smith Camp
                                        United States District Judge