## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **YVETTE KELLEY, on behalf of herself and other past and present employees similarly situated,** | ) ) ) ) | **CASE NO. 8:03CV347** |
| **Plaintiffs,** | ) ) | **ORDER OF DISMISSAL** |
| vs. | ) ) | |
| **ROGERS, LTD.,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Joint Stipulation for Dismissal (Filing No. 61). The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(ii). The Court, being fully advised in the premises, finds that the requested dismissal should be granted.

IT IS ORDERED:

1. The Joint Stipulation for Dismissal (Filing No. 61) is approved, and the relief requested therein is granted;

2. This action is dismissed with prejudice as to each and every claim;

3. The parties shall pay their own costs and attorney's fee unless otherwise agreed by and between them.

DATED this 6th day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge